UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| CHRISTOPHER POLK, *individually, and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>DEL GATTO, INC.,<br><br>        Defendant. | Case No.: 1:21-cv-00129-PAE<br><br>**RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Del Gatto, Inc. provides this Corporate Disclosure Statement: Del Gatto, Inc. has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
   August 20, 2021

                Respectfully submitted,

                /s/Moish E. Peltz
                By: Paul M. O'Brien (PO1990)
                   Moish E. Peltz (MP3333)
                *Attorneys for Defendant*
                1185 Avenue of the Americas
                Third Floor
                New York, New York 10036

                265 Sunrise Highway
                Suite 50
                Rockville Centre, New York 11570